UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABRAHAM CRUZADO,<br><br>    Plaintiff,<br>v.<br>ISIDRO BACA, *et al.*,<br>    Defendants. | Case No. 3:16-cv-00690-MMD-WGC<br><br>Referral Order |
| MARTY SCOTT FITZGERALD,<br><br>    Plaintiff,<br>v.<br>LPN GREG MARTIN, *et al.*,<br>    Defendants. | Case No. 3:17-cv-00278-MMD-WGC |
| BUDD REESE,<br><br>    Plaintiff,<br>v.<br>ROBERT FOXFULKER, *et al.*,<br>    Defendants. | Case No. 2:17-cv-01627-MMD-CWH |
| TY THOMAS,<br><br>    Plaintiff,<br>v.<br>JAMES DZURENDA, *et al.*,<br>    Defendants. | Case No. 3:18-cv-00464-MMD-WGC<br><br><br><br>*and related cases* |
| ARMANDO NEVAREZ,<br><br>    Plaintiff,<br>v.<br>ISIDRO BACA, *et al.*,<br>    Defendants. | Case No. 3:16-cv-00676-MMD-CBC |

| | |
|---|---|
| DANNY WILLIAMS,<br><br>       Plaintiff,<br><br>  v.<br><br>ROMEO ARANAS, *et al.*,<br><br>       Defendants. | Case No. 3:16-cv-00759-MMD-CBC |
| DONALD M. SAVAGE,<br><br>       Plaintiff,<br><br>  v.<br><br>ARANAS, *et al.*,<br><br>       Defendants. | Case No. 3:17-cv-00612-MMD-CBC |
| CARL HENRY OLSEN, III,<br><br>       Plaintiff,<br><br>  v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>       Defendants. | Case No. 3:18-cv-00149-MMD-CBC |
| CRAIG MILLER,<br><br>       Plaintiff,<br><br>  v.<br><br>ROMEO ARANAS, *et al.*,<br><br>       Defendants. | Case No. 3:18-cv-00164-MMD-CBC |
| SCOTT H. BEDARD,<br><br>       Plaintiff,<br><br>  v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>       Defendants. | Case No. 3:18-cv-00218-MMD-CBC |

| | |
|---|---|
| FRANK S. D'AGOSTINO, <br>                 Plaintiff, <br>    v. <br> ROMEO ARANAS, *et al.*, <br>                Defendants. | Case No. 3:18-cv-00337-MMD-CBC |
| HOWARD LEE WHITE, <br>                 Plaintiff, <br>    v. <br> ROMEO ARANAS, *et al.*, <br>                Defendants. | Case No. 3:18-cv-00037-MMD-CBC |
| RONALD J. MULDER, <br>                 Plaintiff, <br>    v. <br> DR. MARKS, *et al.*, <br>                 Defendants. | Case No. 3:18-cv-00386-MMD-CBC |

Many individuals in the custody of the Nevada Department of Corrections ("NDOC") have filed actions in the District of Nevada alleging that NDOC's policy for treating hepatitis C amounts to deliberate indifference in violation of the Eighth Amendment. The Clerk of the Court has randomly assigned the bulk of these cases to Judge Miranda M. Du, including the earliest filed of these cases with the lowest case numbers.[1] The bulk of these pending cases are also referred to United States Magistrate Judge Carla Baldwin Carry.

Given that the plaintiffs in the above-captioned pending cases challenge NDOC's policy for treating hepatitis C, this Court has determined that these actions are related and there is good cause to refer these cases to one magistrate judge under Local Rule

---

[1] A number of the earliest filed of these cases are now closed: 3:16-cv-00309-MMD-VPC; 3:16-cv-00399-MMD-CBC; 3:16-cv-00535-MMD-VPC; 3:17-cv-00101-MMD-WGC; 3:17-cv-00264-MMD-WGC; 3:17-cv-00351-MMD-CBC; 3:17-cv-00478-MMD-WGC; 3:17-cv-00583-MMD-WGC; 3:18-cv-00068-MMD-CBC; and 3:18-cv-00303-MMD-CBC.

42-1(b) as well as Federal Rule of Civil Procedure 42(a)(3). Referral will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. Accordingly, it is hereby ordered that the following cases are referred to Magistrate Judge Carla Baldwin Carry: Case Nos. 3:16-cv-00690-MMD-WGC; 3:17-cv-00278-MMD-WGC; 2:17-cv-01627-MMD-CWH; and 3:18-cv-00464-MMD-WGC.

DATED THIS 8th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE