| | |
|---|---|
| 1 | AARON D. FORD<br>  Attorney General<br>CHARLES H. ODGERS, Bar No. 8596<br>  Deputy Attorney General<br>State of Nevada<br>Public Safety Division<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>Tel: (775) 684-1261<br>E-mail: codgers@ag.nv.gov<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG MILLER,<br><br>  Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS,<br><br>  Defendants. | Case No. 3:18-cv-00164-MMD-CBC<br><br>**STIPULATION AND ORDER<br>TO DISMISS WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Craig Miller, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Charles H. Odgers, Deputy Attorney General, that the above-captioned matter is dismissed without prejudice, and each party will bear their own attorney fees and costs.

CRAIG MILLER, Plaintiff
Pro Se

Dated: 9-16-19

AARON D. FORD
Attorney General

By: _____
CHARLES H. ODGERS, Bar No. 8596
Deputy Attorney General
Attorneys for Defendants

Dated: 9/17/19

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** September 18, 2019

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of September, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE,** by U.S. District Court CM/CEF Electronic Filing on:

Craig Miller #82754
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the Office
of the Attorney General